IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN A. SCOTT, P.A.
AND STEPHEN A. SCOTT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                            CASE NO. 1D13-3863

CITY OF GAINESVILLE,
FLORIDA,

Appellee.

_____/

Opinion filed July 16, 2014.

An appeal from the Circuit Court for Alachua County.
Victor Lawson Hulslander, Judge.

Herbert T. Schwartz of Petitt Worrell Craine Wolfe LLC, Tampa, Richard T. Heiden, Clearwater, for Appellant.

Elizabeth A. Waratuke and Nicolle M. Shalley, Gainesville, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.